IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUSTIN MARTINEZ,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-5455

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Joseph P. Klock, Jr., Coral Gables, for Appellant.

Pamela Jo Bondi, Attorney General, Donna A. Gerace, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.